IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ALLEN HAYNES, AIS #242857, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-423-WKW ) [WO] |
| OFFICER JONES, DR. BANARGIE, and MR. BESTEDER, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On March 3, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 23rd day of March, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE